# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 09-2071
_____

In re: RETEK INC. SECURITIES LITIGATION,

------------------------------

Louisiana Municipal Police Employees' Retirement System, on behalf of itself and all others similarly situated,

Plaintiff - Appellant

v.

Retek Inc.; John Buchanan; Steven D. Ladwig; Jeremy P.M. Thomas; Gregory A. Effertz; James B. Murdy,

Defendants - Appellees

_____

Appeal from U.S. District Court for the District of Minnesota - Minneapolis
(0:02-cv-04209-JRT)
_____

**JUDGMENT**

The joint motion to dismiss this appeal with prejudice is granted. The appeal is hereby dismissed in accordance with the Federal Rules of Appellate Procedure 42(b).

The Court's mandate shall issue forthwith.

February 03, 2010

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
      /s/ Michael E. Gans